IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IZELL GRANVILLE, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | 1:05CV00520 |
| v. | ) | 1:02CR366-1 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

O-R-D-E-R

Petitioner's motion for reconsideration, amend or alter judgment [Pleading No. 16] is **DENIED** for reasons already fully articulated in the Magistrate Judge's Recommendation of January 14, 2006, adopted by the Court on May 16, 2006.

_____
United States District Judge

Date: September 29, 2006